387 A.2d 110

Commonwealth v. Siwert, Appellant.

Argued December 9, 1977. Arnold Siwert, appellant, in propria persona; No appearance entered nor brief submitted for Commonwealth, appellee.

Judgment of sentence affirmed.